QUENTIN B. ALLEN,

      Appellant,

v.

CHASE HOME FINANCE, LLC,

      Appellee.

_____/

IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-3322

Opinion filed December 1, 2015.

An appeal from the Circuit Court for Leon County.
Kevin J. Carroll, Judge.

Appellant, pro se.

Elizabeth T. Frau of Ronald R. Wolfe & Assoc., P.L., Tampa, for Appellee.

PER CURIAM.

     AFFIRMED.

ROBERTS, C.J., THOMAS, and RAY, JJ., CONCUR.